UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KELLY DUNCAN,

    Plaintiff,

v.                                           Case No: 2:15-cv-580-FtM-38CM

PINNACLE WEALTH ADVISORS, INC.,

    Defendant.
_____/

## **ORDER**[1]

This matter comes before the Court on Plaintiff Kelly Duncan and Defendant Pinnacle Wealth Advisors, Inc.'s Joint Notice to Court Regarding FLSA Settlement (Doc. #15) and Joint Stipulation for Dismissal With Prejudice (Doc. #16) both filed on December 16, 2015.

Plaintiff brought this action under the Fair Labor Standards Act for unpaid overtime and minimum wage. (Doc. #1). The parties now inform the Court that Plaintiff's claims against Defendant have been resolved in full without compromise. (Doc. #15; Doc. #16). The Court thus need not review and approve the settlement for fairness. *See Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350, 1352 (11th Cir. 1982); *King v. My Online Neighborhood, Inc.*, No. 6:06-cv-435-Orl-22JGG, 2007 WL 737575, at *3 (M.D.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Fla. Mar. 7, 2007) ("Where the employer offers the plaintiff full compensation on his FLSA claim, no compromise is involved and judicial approval is not required." (citation omitted)).

In addition, Rule 41 of the Federal Rules of Civil Procedure allows a plaintiff to dismiss an action without a court order by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii).  To that end, the parties dismiss this case with prejudice under Rule 41(a)(1)(A)(ii); and both parties have signed the Stipulation of Dismissal (Doc. #16).  The Court thus dismisses this case with prejudice.

Accordingly, it is now

**ORDERED:**

(1) Plaintiff Kelly Duncan and Defendant Pinnancle Wealth Advisors, Inc.'s Joint Stipulation for Dismissal With Prejudice (Doc. #16) is **GRANTED**.  The Court **dismisses with prejudice** the Complaint (Doc. #1).

(2) The Clerk of Court is **DIRECTED** to enter judgment accordingly, terminate all pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 17th day of December, 2015.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record